IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
EASTERN DIVISION

2025 APR 22 P 3: 40

~~~ANGER, CLK
~~~OURT
~~~T ALA

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 3:25cr230-JTA
) [8 U.S.C. § 1306(a)]
)
MARIO ALVARADO ARVIZU )
)
) INFORMATION

The United States Attorney charges:

## COUNT 1
(Failure to Register)

Beginning at a time unknown to the United States Attorney, but continuing until at least

April 18, 2025, within the Middle District of Alabama and elsewhere, the defendant,

### MARIO ALVARADO ARVIZU,

then being an alien required to apply for registration and to be fingerprinted in the United States,

did willfully fail or refuse to file an application for such registration, in violation of Title 8, United

States Code, Section 1306(a).

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

JOEL FEIL
Assistant United States Attorney